IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOMINIC ROSS, FRANTZ CALIXTE, and JACQUELINE RODRIGUEZ, | : |
| Plaintiffs, | : CIVIL ACTION : |
| v. | : |
| INFINITY INSURANCE COMPANY d/b/a INFINITY INDEMNITY INSURANCE COMPANY, | : NO. 12-5050 : : : |
| Defendant. | : : |

# ORDER

**AND NOW**, this *10th* day of *June*, 2013, upon consideration of Defendant Infinity Indemnity Insurance Company's Motion to Assess Costs Pursuant to Federal Rule of Civil Procedure 41(d) (Docket No. 29), the Response of Plaintiffs Dominic Ross and Frantz Calixte, and their counsel Gary Stewart Seflin, Esq. (Docket No. 31), Defendant's Reply Brief (Docket No. 32), Plaintiffs' Sur-reply Brief (Docket No. 33), and Defendant's Supplement Sur-Reply Brief (Docket No. 34), it is hereby **ORDERED** that the Motion is **GRANTED**. Within sixty (60) days from the date of this Order, Plaintiffs Dominic Ross and Frantz Calixte, and their counsel Gary Steward Seflin, shall pay to Infinity Indemnity Insurance Company the amount of $10,847.98 pursuant to Federal Rule of Civil Procedure 41(d).

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.